**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1933**

---

In re:  VICTOR B. PERKINS,

　　　　　Petitioner.

---

On Petition for a Writ of Mandamus to the United States District Court for the Eastern District of North Carolina, at Raleigh.  (5:23-ct-03092-M-RJ)

---

Submitted:  September 21, 2023                    Decided:  November 3, 2023

---

Before KING and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Victor Bernard Perkins, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Bernard Perkins petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his civil rights complaint. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We also deny Perkins' motion for an interlocutory judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*